**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROY O. DANIELS,**

    **Petitioner,**

**v.**                      **Case No.  4:25-cv-348-MCR-MJF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## <u>ORDER</u>

The Magistrate Judge issued a Report and Recommendation dated November 18, 2025, ECF No. 11. Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has conducted a *de novo* review of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference into this Order.

2.      This action is **DISMISSED** without prejudice for Petitioner's failure to comply with court orders and applicable court rules.

3.      The clerk of court will enter judgment accordingly, close this case, and mail to Petitioner the Northern District's civil-rights complaint form for use by *pro se* prisoners, and the Northern District's form application for leave to proceed *in forma pauperis*.

**DONE and ORDERED** this 1st day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**